**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JONATHON RAY SCOTT,**<br><br>**Defendant.** | **Case No. 20-CR-00321-SEH** |

# OPINION AND ORDER

Defendant appeared in person and represented by counsel at a revocation hearing held October 15, 2026, on the petition for warrant for offender under supervision filed on August 31, 2026. [ECF No. 30]. Having heard Defendant's stipulation, the Court found by a preponderance of the evidence that Defendant violated the terms and conditions of supervised release as alleged in the petition. [*Id.*]. Based on Defendant's request for treatment, the Court has set the final revocation sentencing hearing for November 16, 2026, at 1:30 p.m. to allow the defendant to participate in an inpatient substance abuse treatment program.

**IT IS THEREFORE ORDERED** that the United States Marshal Service shall process defendant for release to the United States Probation Office on **October 19, 2026, at 8:30 a.m.**, so that the defendant may begin

inpatient treatment at Harbor House Recovery Center while continuing to serve his term of supervised release. All previously imposed conditions of supervised release shall remain in effect.

DATED this 16th day of October, 2026.

Sara Hill

Sara E. Hill
UNITED STATES DISTRICT JUDGE